

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| SALVATORE J. CHILIA, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>STOEL RIVES, LLP,<br><br>        Defendant. | Civil No. CV 01-1315 KI<br><br>**STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE** |

      Pursuant to Fed. R. Civ. P. 41, the stipulation of all parties by and through their counsel of record herein as set forth below, and on the June 19, 2002 Final Judgment and Order by U.S. District Court Judge Garr M. King approving the mediated settlement of this case, it is hereby,

///

///

///

///

///

**STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE**
**Page 1**

ORDERED and ADJUDGED that this action, and all claims of the plaintiffs, and each of them, related to, arising out of, or based upon any of Claimants' Actions against the Released Parties (as defined in the Settlement Agreements with the defendants) are dismissed with prejudice and without costs, sanctions or attorneys' fees against any party.

_____ 7-26-04
U.S. DISTRICT COURT JUDGE

IT IS SO STIPULATED:

## CHILIA PLAINTIFFS

Salvatore J. Chilia, John F. Whittaker, Thomas R. Whittaker, Richard L. Newcomer, Ronald Hirsch, James B. Morgan Jr., as Trustees for International Brotherhood of Electrical International Brotherhood of Electrical Workers Local No. 38 Pension Fund, an employee benefit pension plan as defined in ERISA § 3(2)(A), 29 USC § 1002(2)(A); Michael Cala, Thomas R. Whittaker, George Mastrobuono, Richard L. Newcomer, David F. Haines, Martin Berkens as Trustees for International Brotherhood of Electrical Workers Local No. 38 Health & Welfare Fund, an employee welfare benefit plan as defined in ERISA § 3(1), 29 USC § 1002(1); William Cunningham, Joseph Schamer, Stephen Wessels, Donald Bolling, Joseph Schlager, James Cole as Trustees for International Brotherhood of Electrical Workers Pension Trust Fund, Local 212, an employee benefit pension plan as defined in ERISA § 3(2)(A), 29 USC § 1002(2)(A); Alan J. Chermak, Donald Skala, Jr., Todd Alshusky, Kenneth Castro as Trustees for Sheet Metal Workers Local No. 33 Cleveland District, Pension Fund, an employee benefit pension plan as defined in ERISA § 3(2)(A), 29 USC § 1002(2)(A); Sheet Metal Workers' International Association, Local Union No. 33; Jay Lind, David Haddix, Roger Cerveny as Trustees for Sheet Metal Workers Local No. 2, Market Recovery Fund and Sheet Metal Workers Local No. 2, Supplemental Dues Fund, employee welfare benefit plans as defined in ERISA § 3(1), 29 USC § 1002(1); Robert A. Eslinger, Steve K. Howerton, Kenneth Alexander, Arthur J. Tanner, Kenneth E. Sprung, Robert Zahner as Trustees for Apprentice and Journeyman Training Fund of Sheet Metal Workers Local No. 2, an employee welfare benefit plan as defined in ERISA § 3(1), 29 USC § 1002(1); Thomas Crowdther, Kenneth Derryberry, James Hyrley, Paul Newman, Charles Bowman, Keith Barker, James Warner, and Dennis Talbot as Trustees for Sheet Metal Workers Local Pension Fund, an employee benefit pension plan as defined in ERISA § 3(2)(A), 29 USC § 1002(2)(A); Reggie Hohenberger, John Schlagheck, Craig Mead, William J. Brennan, and Ronald Gabel as Trustees for Sheet Metal Workers Local Union No. 33 Supplemental Unemployment Benefit Fund, an employee welfare benefit plan as defined in ERISA § 3(1), 29 USC § 1002(1)

DATED this 24 day of SEPT, 2003.

KILMER VOORHEES & LAURICK PC

By _____
CHRISTOPHER T. CARSON, OSB #84450
Telephone: (503) 224-0055
Attorneys for Plaintiffs Chilia, et al.

## DEFENDANT PARTY

For Defendant Stoel Rives LLP:

DATED this 13TH day of APRIL, 2004.

        BYRNES & KELLER

        By *Ralph E. Cromwell Jr.*
        RALPH E. CROMWELL, JR.
        Telephone: (206) 622-2000
        Attorneys for Stoel Rives LLP

Prepared and Submitted by:

Stephen F. English, OSB No. 73084
BULLIVANT HOUSER BAILEY PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, OR 97204-2089
Telephone: (503) 228-6351
Facsimile: (503) 295-0915
E-Mail: steve.english@bullivant.com

Error! Unknown document property name.